UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK      Attorney: CHRISTOPHER WRIGHT, ESQ.

---

ANWAR LIGGINS

                                          Plaintiff(s)

- against -

CITY OF NEW YORK, ETAL

                                       Defendant(s)

Index # CV 11-2945 *(JV)* *(MJL)*

Purchased June 20, 2011

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JAY MITCHELL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 10, 2011 at 03:35 PM at

C/O 75TH PCT.
1000 SUTTER AVENUE
BROOKLYN, NY 11208

deponent served the within SUMMONS AND COMPLAINT on POLICE OFFICER MICHAEL PYZIKIEWICZ (SHIELD #6758) therein named,

**SUITABLE AGE**   by delivering thereat a true copy of each to P.A.A. MS. JOHNSON a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| FEMALE | BLACK | BLACK | 47 | 5'7 | 140 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O 75TH PCT.
1000 SUTTER AVENUE
BROOKLYN, NY 11208

and deposited said wrapper in a post office or official depository under exclusive care and custody of the *United States Postal Service* within New York State on August 11, 2011 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**   Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  August 11, 2011

| | | | |
|---|---|---|---|
| RALPH MULLEN | JOSEPH KNIGHT | JONATHAN GRABER | **JAY MITCHELL** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1097069 |
| No. 01MU6238632 | No. 01KN6178241 | No. 01GR6156780 | |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | Invoice #: 534781 |
| Expires April 11, 2015 | Expires November 26, 2011 | Expires December 4, 2014 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney: CHRISTOPHER WRIGHT ESQ.

_____

ANWAR LIGGINS

                                                    Plaintiff(s)          Index # CV 11-2945 (JV) (MJL)

                    - against -

                                                                          Purchased June 20, 2011

CITY OF NEW YORK, ETAL

                                                    Defendant(s)

                                                                          **AFFIDAVIT OF SERVICE**
_____

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JAY MITCHELL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF
EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 10, 2011 at 03:35 PM at

C/O 75TH PCT.
1000 SUTTER AVENUE
BROOKLYN, NY 11208

deponent served the within SUMMONS AND COMPLAINT on POLICE OFFICER MICHAEL PYZIKIEWICZ (SHIELD #6758) therein
named,

**SUITABLE**     by delivering thereat a true copy of each to P.A.A. MS. JOHNSON a person of suitable age and discretion. Said
**AGE**          premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the
                 Defendant.

                 Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| FEMALE | BLACK | BLACK | 47 | 5'7 | 140 |

**MAILING**      Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual
                 place of business at

                 C/O 75TH PCT.
                 1000 SUTTER AVENUE
                 BROOKLYN, NY 11208

                 and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States
                 Postal Service within New York State on August 11, 2011 by REGULAR FIRST CLASS MAIL in an envelope marked
                 PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the
                 communication is from an attorney or concerns an action against the person to be served.

**MILITARY**     Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United
**SERVICE**      States and received a negative reply. Upon information and belief based upon the conversation and observation as
                 aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as
                 that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

                 That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and
                 described as the Defendant in this action.

Sworn to me on:  August 11, 2011

RALPH MULLEN                    JOSEPH KNIGHT                   JONATHAN GRABER                        **JAY MITCHELL**
Notary Public, State of New York   Notary Public, State of New York   Notary Public, State of New York
No. 01MU6238632                 No. 01KN6178241                 No. 01GR6156780                        License #: 1097069
Qualified in New York County    Qualified In New York County    Qualified in New York County
Expires April 11, 2015          Expires November 26, 2011       Expires December 4, 2014               Invoice #: 534781

          UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728